

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
(302) 984-6140   Direct Phone
(302) 658-1192   Fax

March 14, 2011

**BY E-FILE**

The Honorable Sue L. Robinson
United States District Court for
  the District of Delaware
U.S. Courthouse
844 N. King Street
Wilmington, DE 19801

      Re:    Eastman Kodak Company v. Shutterfly, Inc.,
               D. Del., C.A. No. 10-1079-SLR

Dear Judge Robinson:

      In anticipation of the scheduling conference in the above-referenced matter, scheduled to be held on Tuesday, March 15, 2011 at 9:00 a.m., I am enclosing the parties' [Proposed] Scheduling Order, marked to show the areas of disagreement, for Your Honor's consideration.

      Counsel are available at the Court's convenience should Your Honor have any questions.

                                    Respectfully,

                                    */s/ Philip A. Rovner*

                                    Philip A. Rovner
                                    provner@potteranderson.com

PAR/mes/1004773
Enc.
cc:  Francis DiGiovanni, Esq. – by CM-ECF and E-mail