IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EASTMAN KODAK COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 10-1079-SLR |
| ) | |
| SHUTTERFLY, INC., ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| SHUTTERFLY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 11-099-SLR |
| ) | |
| EASTMAN KODAK COMPANY, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this 16th day of March, 2011, having conferred with counsel;

IT IS ORDERED that a combined rule 16 scheduling conference shall be held on **Wednesday, March 30, 2011, at 5:00 p.m.** Counsel for Shutterfly, Inc. shall coordinate and initiate this call.

United States District Judge